DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ERIC NELSON BROWN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0112

_____

February 6, 2026

Appeal from the Circuit Court for Pasco County; Joshua B. Riba, Judge.

Blair Allen, Public Defender, and Terri L. Backhus, Jr., Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

KELLY, VILLANTI, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.